**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-01999-CMA-MEH

KB HOMES COLORADO, INC.,
   a Colorado Corporation,

   Plaintiff,

v.

STATE NATIONAL INSURANCE COMPANY,
   a Texas corporation,

   Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

The Stipulated Motion to Dismiss With Prejudice (Doc. # 24), signed by the attorneys for the parties hereto, is GRANTED. It is hereby

ORDERED that this case and all claims against Defendant are DISMISSED WITH PREJUDICE, each party to pay its own costs and fees.

DATED: May __24__, 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge